## 53711. BRANNON v. THE STATE.

PER CURIAM.
Defendant was convicted of burglary. A careful and complete examination of the enumeration of errors, his brief and transcript of evidence fails to show any basis to reverse the judgment of conviction and sentence.
*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED APRIL 4, 1977 — DECIDED MAY 9, 1977 —
REHEARING DENIED MAY 25, 1977 —

*Clark Smith,* for appellant.
*Andrew J. Ryan, III, District Attorney, Robert M. Hitch, III, Assistant District Attorney,* for appellee.